UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. HARRINGTON,   )
                        )
        Plaintiff,      )   Case No. 1:05-cv-688
                        )
v.                      )   Honorable Wendell A. Miles
                        )
ANN SMOLINSKI et al.,   )
                        )
        Defendants.     )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: March 6, 2006                 /s/ Wendell A. Miles
                                     Wendell A. Miles
                                     Senior U.S. District Judge